**MICHAEL JACOBS, ESQ.**
Nevada Bar No. 15938
**JACOBS LAW FIRM, PLLC**
300 S 4th Street, Ste 617
Las Vegas, Nevada 89101
(702) 661-6283
jacobslawteam@gmail.com
*Counsel for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jhoan Yesid Torres Gonzalez,<br><br>                    Petitioner,<br><br>v.<br><br>The United States of America; John MATTOS, in his Official Capacity, Warden of the Nevada Southern Detention Center; Kristi NOEM, in her Official Capacity, Secretary of U.S. Department of Homeland Security; Michael BERNACKE, in his Official Capacity, Filed Office Director of Enforcement and Removal Operations, Salt Lake City Filed Office, Immigration and Customs Enforcement; Pamela BONDI, in her Official Capacity, U.S. Attorney General, Department of Justice; Todd LYONS, in his Official Capacity, Acting Director, United States Enforcement and Removal Operations Division.<br><br>                    Respondents. | Case No.:    2:26-cv-00064-CDS-BNW<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Petitioner, JHOAN YESID TORRES GONZALEZ, hereby substitutes MICHAEL JACOBS, ESQ. 300 S 4th Street, Suite #617, Las Vegas, NV 89101, (702) 661-6283, as attorney of record in place and instead of KATE BERRY, ESQ., Federal Public Defender Office, 200 S. Virginia Street, Ste 340, Reno, NV 89501, (775) 321-8451, SYLVIA A. IRVIN, ESQ. Federal Public Defender's Office, Capital Habeas Unit, 411 E. Bonneville Ave., Suite #250, Las Vegas,

NV 89101 and RENE VALLADARES, ESQ., Federal Public Defender, 411 E Bonneville, Suite 250, Las Vegas, NV 89101, (702) 388-6577.

DATED this ___4th___, of ___March_____, 2026.

_____
JHOAN YESID TORRES GONZALEZ
*Petitioner*

I, KATE BERRY, ESQ. Consent to the above substitution.

DATED this __3rd_, day of _March_____, 2026.

Kate Berry  Digitally signed by Kate Berry
Date: 2026.03.03 16:04:44 -08'00'
_____
KATE BERRY, ESQ.,
200 S. Virginia Street, Ste 340
Reno, NV 89501
(775) 321-8451

I am duly admitted to practice in this District.
Above substitution accepted.

DATED this __3rd_, day of _March_____, 2026.

_____
MICHAEL JACOBS, ESQ.
Nevada Bar No. 15938
300 S 4th Street, Ste. # 617
Las Vegas, Nevada 89101
(702) 661-6283
jacobslawteam@gmail.com

The Substitution of attorney is hereby approved and IT IS SO ORDERED.

DATED: __April 1, 2026_____.

_____
UNITED STATES MAGISTRATE JUDGE

2